# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY LEE DORREGO,<br><br>Defendant. | 3:20-CR-032-LRH-CLB<br><br>**Motion to Strike the Final Order of Forfeiture, ECF No. 34**<br><br>**AND ORDER THEREON** |

The government moves this court to vacate the Final Order of Forfeiture, ECF No. 34. Pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), the government is required to "send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture." The government became aware of potential owners of one or more of the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

firearms subject to forfeiture in this case. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

Dated: June 17, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: this 21st day of June, 2021.