**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-CR-032-LRH-CLB |
| Plaintiff, | **Order Determining Third-Party Ownership** |
| v. | |
| DANNY LEE DORREGO, | |
| Defendant, | |
| PAUL ALLEN RUGGERI, DAVID MARIO RUGGERI, and TOP PERFORMANCE TRUST, | |
| Petitioners. | |

The Court finds, pursuant to 21 U.S.C. § 853(n)(6)(A), that Paul Allen Ruggeri has established by a preponderance of the evidence that he has a preexisting, innocent ownership interest in (1) a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1621; and (2) a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1622.

The Court finds, pursuant to 21 U.S.C. § 853(n)(6)(A), that David Mario Ruggeri has established by a preponderance of the evidence that he has a preexisting, innocent ownership interest in a Century Arms, Model VZ2008 Sporter, 7.62x39mm, semi-automatic rifle bearing serial number VZ05001.

The Court finds, pursuant to 21 U.S.C. § 853(n)(6)(A), that Top Performance Trust has established by a preponderance of the evidence that it has a preexisting, innocent ownership interest in a McKay Enterprise, Model RMUZ-09, 9mm pistol bearing serial number RMU00305.

The Court finds, for good cause shown and because Paul Allen Ruggeri, David Mario Ruggeri, and Top Performance Trust do not object, that the United States shall be

entitled to retain possession of the aforementioned firearms for a period necessary to satisfy its evidentiary and appeals needs for that property in this criminal matter.

It is therefore **ORDERED** that the United States of America's Motion is GRANTED, and the Court makes the above determination of third-party ownership over the aforementioned firearms.

It is further **ORDERED** that any proposed final order of forfeiture in this matter reflect the contents of this Order.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  22nd day of November, 2021.