# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-CR-032-LRH-CLB |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DANNY LEE DORREGO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture and a Second Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Danny Lee Dorrego to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Danny Lee Dorrego pled guilty. Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 22; Change of Plea, ECF No. 26; Amended Preliminary Order of Forfeiture, ECF No. 28; Second Amended Preliminary Order of Forfeiture, ECF No. 39.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 24, 2021, through March 25, 2021, and from July 1, 2021, through July 30, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibit, ECF Nos. 30-1, p. 5; 53-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Notice of Filing Service of Process – Mailing, ECF No. 45.

On June 17, 2021, the United States Attorney's Office served David Ruggeri by regular and certified return receipt mail with the Notice and the Amended Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 45-1, p. 3-14.

On June 17, 2021, the United States Attorney's Office served Paul Ruggeri by regular and certified return receipt mail with the Notice and the Amended Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 45-1, p. 3-11, 15-16.

On October 7, 2021, the United States filed a Motion for a Determination of Third-Party Ownership and Proposed Order. Motion, ECF No. 55

On November 22, 2021, the Court granted the Motion and made the following findings. Order, ECF No. 60.

The Court found, pursuant to 21 U.S.C. § 853(n)(6)(A), that Paul Allen Ruggeri has established by a preponderance of the evidence that he has a preexisting, innocent ownership interest in (1) a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1621; and (2) a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1622.

The Court found, pursuant to 21 U.S.C. § 853(n)(6)(A), that David Mario Ruggeri has established by a preponderance of the evidence that he has a preexisting, innocent ownership interest in a Century Arms, Model VZ2008 Sporter, 7.62x39mm, semi-automatic rifle bearing serial number VZ05001.

The Court found, pursuant to 21 U.S.C. § 853(n)(6)(A), that Top Performance Trust has established by a preponderance of the evidence that it has a preexisting, innocent

ownership interest in a McKay Enterprise, Model RMUZ-09, 9mm pistol bearing serial number RMU00305.

The Court found, for good cause shown and because Paul Allen Ruggeri, David Mario Ruggeri, and Top Performance Trust do not object, that the United States shall be entitled to retain possession of the aforementioned firearms for a period necessary to satisfy its evidentiary and appeals needs for that property in this criminal matter.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned and forfeited pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and shall be disposed of according to law:

1. a Century Arms, Model VZ2008 Sporter, 7.62x39mm, semi-automatic rifle bearing serial number VZ05001;
2. a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1621;
3. a Black Ops Defense, Model L, 5.56mm semi-automatic rifle bearing serial number L1622;
4. a McKay Enterprise, Model RMUZ-09, 9mm pistol bearing serial number RMU00305; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and the Order to determine third party rights.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED 6th, day of December, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On December 6, 2021, a copy of the foregoing was served upon the below individuals by first class mail:

    David Mario Ruggeri
    4911 Stowers Blvd.
    San Antonio, TX 78238-5404

    Paul Allen Ruggeri
    2513 Midland Way
    Carmichael, CA 95608-4636

    Top Performance Trust
    c/o David Mario Ruggeri, Trustee
    4911 Stowers Blvd.
    San Antonio, TX 78238-5404

    Top Performance Trust
    c/o Paul Allen Ruggeri, Trustee
    2513 Midland Way
    Carmichael, CA 95608-4636

    /s/ Heidi L. Skillin
    HEIDI L. SKILLIN
    FSA Contractor Paralegal