**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY LEE DORREGO,<br><br>Defendant. | 3:20-cr-00032-MMD-CLB<br><br>**ORDER FOR RELEASE** |

On December 16, 2025, this Court held a hearing wherein Defendant was sentenced to "2 months" in custody. Defendant was ordered, after serving his time in custody, to be directly released into an inpatient facility for treatment.

On January 8, 2026, the Defendant's counsel informed the Court that Defendant's two months of custody ends on Sunday, January 25, 2026 but New Frontier cannot accept the Defendant until Monday, January 26, 2026.

Accordingly, the Court orders that Defendant Dorrego be released from custody at the Washoe County Detention Center on **Monday, January 26, 2026,** at **9:00 a.m.**, to New Frontier staff who will transport Mr. Dorrego directly to New Frontier for inpatient treatment.

Defendant will be released at that time under all previously imposed supervision conditions.

**IT IS SO ORDERED.**

DATED:    January 12, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE